UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PUENTES,

    Plaintiff,

    v.

COUNTY OF SANTA CLARA, et al.,

    Defendants.

_____/

No. C 11-1228 PJH

**ORDER**

    The court is in receipt of plaintiff's motion for a stay pending appeal, which defendants have opposed, and his motion for transcripts at government expense.

    As defendants' opposition correctly points out, no judgment has yet been entered in this action. Accordingly, there is no final judgment from which to appeal. Plaintiff's request for a stay of the judgment pending appeal is therefore DENIED. Plaintiff's corresponding motion for transcripts at government expense is furthermore DENIED as moot.

**IT IS SO ORDERED.**

Dated: February 13, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge