UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PUENTES,

    Plaintiff(s),

    v.

COUNTY OF SANTA CLARA, et al.,

    Defendant(s).

_____/

No. C 11-1228 PJH

**ORDER DISMISSING CASE**

On August 5, 2011, following an August 3, 2011 hearing, the court dismissed plaintiff's original complaint with leave to amend and providing instructions on how to do so. Plaintiff filed an amended complaint on August 22, 2011. Defendants moved to dismiss the amended complaint and following a hearing on January 11, 2012, the court filed an order on January 26, 2012, dismissing plaintiff's amended complaint, again with leave to amend and again with instructions on how to amend. The deadline for filing a second amended complaint was set for February 23, 2012. Plaintiff filed a premature notice of appeal to the 9th Circuit on January 30, 2012 and a motion to stay this case on February 6, 2012. The motion to stay was denied on February 13, 2012 and the 9th Circuit dismissed plaintiff's appeal for lack of jurisdiction on February 28, 2012.

On February 29, 2012, defendants moved to dismiss the complaint for failure to prosecute given that plaintiff did not file a second amended complaint or request more time to do so. Plaintiff did not file an opposition to defendants' motion to dismiss, but did appear at the hearing to request that the case be dismissed so that he could appeal the prior dismissal of the operative complaint (his August 22, 2011 "amended complaint"). The request was and is GRANTED. The complaint is DISMISSED with prejudice. The Clerk

shall close the file.

**IT IS SO ORDERED.**

Dated: April 11, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge