1

2

3

4            UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7   BENJAMIN PUENTES,

8            Plaintiff(s),                    No. C 11-1228 PJH

9        v.                                   **JUDGMENT**

10  COUNTY OF SANTA CLARA, et al.,

11           Defendant(s).

12  _____/

13       This action came on for hearing before the court and the issues having been duly

14  heard and the court having granted plaintiff's motion for voluntary dismissal

15       it is Ordered and Adjudged

16       that the complaint is dismissed with prejudice.

17       IT IS SO ORDERED.

18  Dated: April 11, 2012

19

20                                           _____

                                             PHYLLIS J. HAMILTON
21                                           United States District Judge

22

23

24

25

26

27

28