UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PUENTES,

      Plaintiff(s),                      No. C 11-1228 PJH

  v.                                     **JUDGMENT**

COUNTY OF SANTA CLARA, et al.,

      Defendant(s).

_____/

    This action came on for hearing before the court and the issues having been duly heard and the court having granted plaintiff's motion for voluntary dismissal

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: April 11, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge